AO 467 (Rev. 1/86) Order Holding Defendant

# UNITED STATES DISTRICT COURT

__NORTHERN__ DISTRICT __FLORIDA__

UNITED STATES OF AMERICA

V.

NATHANIEL DAVIS

**ORDER HOLDING DEFENDANT TO ANSWER AND TO APPEAR IN DISTRICT OF PROSECUTION OR DISTRICT HAVING PROBATION JURISDICTION**

Case Number:   1:05MJ24 AK

Charging District Case Number:   3:05CR126-J-99-MMH

The defendant having appeared before this Court pursuant to Rule 40, Fed. R. Crim. P., and proceedings having been concluded ~~and the defendant released~~ /AK

IT IS ORDERED that the defendant be held to answer in the United States District Court for the __Middle__ District of __Florida__; and shall appear at all proceedings as required.

The defendant shall next appear at (if blank, to be notified)   U.S. District Court, 300 North Hogan Street,
*Place and Address*

Ctroom 5-D, Jacksonville, Florida 32202   on 7/8/05 at 3:30 before Mag. Judge Howard   .
*Date and Time*

_____
*Signature of Judicial Officer*

6-30-05
*Date*

Allan Kornblum United States Magistrate Judge
*Name and Title of Judicial Officer*