AO 94 (Rev. 8/97) Commitment to Another District

# UNITED STATES DISTRICT COURT

NORTHERN District of FLORIDA

UNITED STATES OF AMERICA
V.
NATHANIEL DAVIS

**COMMITMENT TO ANOTHER DISTRICT**

| DOCKET NUMBER | | MAGISTRATE JUDGE CASE NUMBER | |
|---|---|---|---|
| District of Arrest | District of Offense | District of Arrest | District of Offense |
| 3:05CR126-J-99-MMH | Middle District of FL Jacksonville Division | 1:05M24 AK | Northern District of Florida Gainesville Division |

**CHARGES AGAINST THE DEFENDANT ARE BASED UPON AN**

x Indictment    Information    ☐ Complaint    Other    Probation Violation Petition

charging a    21    U.S.C.    841(a), 841(b)

**DISTRICT OF OFFENSE**
Middle District of Florida, Jacksonville Division

**DESCRIPTION OF CHARGES:**

Distribution of a controlled substance, cocaine base

**CURRENT BOND STATUS:**

☐ Bail fixed at                       and conditions were not met
   Government moved for detention and defendant detained after hearing in District of Arrest
☐ Government moved for detention and defendant detained pending detention hearing in District of Offense
☐ Other (specify)

**Representation:**    ☐ Retained Own Counsel    x Federal Defender Organization    ☐ CJA Attorney    ☐ None

**Interpreter Required?**    x No    ☐ Yes    Language:

**DISTRICT OF FLORIDA**

TO: THE UNITED STATES MARSHAL

You are hereby commanded to take custody of the above named defendant and to transport that defendant with a certified copy of this commitment forthwith to the district of offense as specified above and there deliver the defendant to the United States Marshal for that District or to some other officer authorized to receive the defendant.

6-30-05
Date

United States Judge or Magistrate Judge

**RETURN**

This commitment was received and executed as follows:

| DATE COMMITMENT ORDER RECEIVED | PLACE OF COMMITMENT | DATE DEFENDANT COMMITTED |
|---|---|---|
| | | |

| DATE | UNITED STATES MARSHAL | (BY) DEPUTY MARSHAL |
|---|---|---|
| | | |